428 A.2d 255

Strauss v. Caraise et al.

Appeal of Hammill-Quinlan.

Argued November 13, 1979. James F. McCormick, for appellant; Richard B. Tucker, III, for Strauss, appellee. George R. Specter, for Farrelene, appellee. R.

---

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Kenneth Tillman, for State Capital Savings & Loan, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.